U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

APR 2 4 2013

TONY R. MOORE, CLERK
BY _____
DEPUTY



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**

**VERSUS**

**DAVID RICHARD**

**CRIMINAL CASE NO. 6:10CR00316-01**

**JUDGE HAIK**

**MAGISTRATE JUDGE HILL**

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓  The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___  The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at _Lafayette_, Louisiana, this _24th_ Day of _April_, 2013.

_____
Richard T. Haik, Sr.
UNITED STATES DISTRICT JUDGE